IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| STATE OF OHIO,<br>    *Plaintiff*,<br>v.<br>WYNN COGGINS, in her official capacity as Acting Secretary of Commerce; U.S. DEPARTMENT OF COMMERCE; RON S. JARMIN, in his official capacity as Acting Director of the U.S. Census Bureau; and U.S. CENSUS BUREAU,<br>    *Defendants*. | Case No. 3:21-cv-64<br><br>Hon. Thomas M. Rose<br>United States District Court Judge |

**CONFIRMATION OF SERVICE**

Pursuant to Local Rule 65.1(b), I hereby certify that, on February 25, 2021, all filings in this case—including the Complaint and the State's Combined Motion for a Preliminary Injunction, Petition for a Writ of Mandamus, and Memorandum in Support of the Combined Motion and Petitioner—were served upon the defendants by sending it through certified mail to the following addresses with their respective USPS certified mail tracking numbers:

David DeVillers
United States Attorney for the
Southern District of Ohio
U.S. Attorney's Office
303 Marconi Boulevard, Suite 200
Columbus, OH 43215

Tracking #:7018 1830 0000 2706 1907

Civil-Process Clerk
Office of the United States Attorney for
the Southern District of Ohio
303 Marconi Boulevard, Suite 200
Columbus, OH 43215

Tracking #: 7018 1830 0000 2706 1891

Wynn Coggins
Acting Secretary of Commerce
U.S. Department of Commerce
1401 Constitution Ave NW
Washington, DC 20230

Tracking #: 7018 1830 0000 2706 1877

U.S. Department of Commerce
1401 Constitution Ave NW
Washington, DC 20230

Tracking #: 7018 1830 0000 2706 1921

Monty Wilkinson
Acting Attorney General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Tracking #: 7018 1830 0000 2706 1884

Ron S. Jarmin
Acting Director
U.S. Census Bureau
4600 Silver Hill Road
Washington, DC 20233

Tracking #: 7018 1830 0000 2706 1938

U.S. Census Bureau
4600 Silver Hill Road
Washington, DC 20233

Tracking #: 7018 1830 0000 2706 1914

I further certify that I emailed an electronic copy of each to defendants' counsel at the following email address:

    Matthew J. Horwitz
    Civil Chief
    United States Attorney for the
    Southern District of Ohio
    Matthew.Horwitz@usdoj.gov

 

    */s/ Benjamin  M. Flowers*
    BENJAMIN M. FLOWERS* (0095284)
    Solicitor General
     *Trial Attorney*
    MAY DAVIS (*pro hac vice*)
    Deputy Solicitor General
    BRIDGET C. COONTZ (0072919)
    Section Chief, Constitutional Offices
    JULIE M. PFEIFFER (0069762)
    30 East Broad Street, 17th Floor
    6l4-466-8980
    614-466-5087; fax
    benjamin.flowers@ohioattorneygeneral.gov

    *Counsel for the State of Ohio*

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2021 a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a copy of the foregoing has been served by ordinary U.S. Mail upon all parties for whom counsel has not yet entered an appearance electronically, at the following addresses:

David DeVillers
United States Attorney for the
Southern District of Ohio
U.S. Attorney's Office
303 Marconi Boulevard, Suite 200
Columbus, OH 43215

Monty Wilkinson
Acting Attorney General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Civil-Process Clerk
Office of the United States Attorney
for the Southern District of Ohio
303 Marconi Boulevard, Suite 200
Columbus, OH 43215

Ron S. Jarmin
Acting Director
U.S. Census Bureau
4600 Silver Hill Road
Washington, DC 20233

Wynn Coggins
Acting Secretary of Commerce
U.S. Department of Commerce
1401 Constitution Ave NW
Washington, DC 20230

U.S. Census Bureau
4600 Silver Hill Road
Washington, DC 20233

U.S. Department of Commerce
1401 Constitution Ave NW
Washington, DC 20230

*/s/ Benjamin  M. Flowers*
BENJAMIN M. FLOWERS*
Solicitor General