IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| STATE OF OHIO, | Case No. 3:21-cv-00064-TMR |
| Plaintiff, | District Judge Thomas M. Rose |
| v. | |
| WYNN COGGINS, in her official capacity as Acting Secretary of Commerce, *et al.*, | |
| Defendants. | |

**DEFENDANTS' MOTION FOR EXTENSION OF PAGE LIMIT**

As discussed at today's teleconference, Defendants seek 30 pages for their response to Plaintiff's preliminary-injunction motion, a 10-page extension of this Court's 20-page limit. *See* Local Rule 7.2(a)(3); General Order No. 12-01 at 11. Plaintiff indicated at the teleconference that it does not oppose this request.

1

DATED: March 2, 2021                             Respectfully submitted,

                                                                    BRIAN M. BOYNTON
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

BRAD P. ROSENBERG
Assistant Director, Federal Programs Branch

/s/ *Stephen Ehrlich*
ZACHARY A. AVALLONE
ELLIOTT M. DAVIS
STEPHEN EHRLICH
JOHN J. ROBINSON
ALEXANDER V. SVERDLOV
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC  20005
Phone:  (202) 305-9803
E-mail:  stephen.ehrlich@usdoj.gov

*Counsel for Defendants*