IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

STATE OF OHIO,

    Plaintiff

Case No. 3:21-cv-64

-vs-

GINA RAIMONDO, in her official
Capacity as Secretary of Commerce*,
et al.,

    Defendant

### ENTRY AND ORDER VACATING HEARING DATE

Pursuant to the agreement of the parties (Doc. 19) to submit the issues in this matter to the Court solely on the papers and record currently before it, the Court hereby VACATES the hearing set in this matter for March 19, 2021 at 9:30 AM.

IT IS SO ORDERED.

_____
THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT

_____

\* Gina Raimondo was recently confirmed as the Secretary of Commerce and has been automatically substituted for Wynn Coggins, the former Acting Secretary of Commerce, under Federal Rule of Civil Procedure 25(d).