# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| STATE OF OHIO,<br>    *Plaintiff,*<br>v.<br>GINA RAIMONDO, in her official capacity as Secretary of Commerce; U.S. DEPARTMENT OF COMMERCE; RON S. JARMIN, in his official capacity as Acting Director of the U.S. Census Bureau; and U.S. CENSUS BUREAU,<br>    *Defendants.* | Case No. 3:21-cv-64<br><br>Hon. Thomas M. Rose<br>United States District Court Judge |

## DECLARATION OF SERVICE

I, Benjamin M. Flowers, the undersigned, am over the age of 18 and not a party to this lawsuit. I am the Ohio Solicitor General at the Ohio Attorney General's Office, which represents Plaintiff, the State of Ohio, in the above captioned case.

1. On March 2, 2021, I effectuated service on Acting Secretary of Commerce Wynn Coggins[1] by sending the following documents by certified mail to Wynn Coggins, the U.S. Department of Commerce, the U.S. Attorney General, the U.S. Attorney for the Southern District of Ohio, and the Civil-Process Clerk for the Southern District of Ohio:

---

[1] On the same day that this Court issued the summons to Acting Secretary Coggins, the Senate confirmed Gina Raimondo to serve as Secretary of Commerce. Secretary Raimondo is automatically substituted for Wynn Coggins under Federal Rule of Civil Procedure 25(d).

- Summons to Wynn Coggins, ECF No. 9
- Complaint, ECF No. 1

2. On March 2, 2021, I effectuated service on the U.S. Department of Commerce by sending the following documents by certified mail to the U.S. Department of Commerce, the U.S. Attorney General, the U.S. Attorney for the Southern District of Ohio, and the Civil-Process Clerk for the Southern District of Ohio:

- Summons to the U.S. Department of Commerce, ECF No. 9
- Complaint, ECF No. 1

3. On March 2, 2021, I effectuated service on Acting Director of the Census Bureau Ron S. Jarmin by sending the following documents by certified mail to Ron S. Jarmin, the U.S. Census Bureau, the U.S. Attorney General, the U.S. Attorney for the Southern District of Ohio, and the Civil-Process Clerk for the Southern District of Ohio:

- Summons to Ron S. Jarmin, ECF No. 9
- Complaint, ECF No. 1

4. On March 2, 2021, I effectuated service on the U.S. Census Bureau by sending the following documents by certified mail to the U.S. Census Bureau, the U.S. Attorney General, the U.S. Attorney for the Southern District of Ohio, and the Civil-Process Clerk for the Southern District of Ohio:

- Summons to U.S. Census Bureau, ECF No. 9
- Complaint, ECF No. 1

3/22/21

BENJAMIN M. FLOWERS* (0095284)
Solicitor General
 *Trial Attorney
MAY DAVIS (*pro hac vice*)
Deputy Solicitor General
BRIDGET C. COONTZ (0072919)
Section Chief, Constitutional Offices
JULIE M. PFEIFFER (0069762)
30 East Broad Street, 17th Floor
614-466-8980
614-466-5087; fax
benjamin.flowers@ohioattorneygeneral.gov

*Counsel for the State of Ohio*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:21-cv-64

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Wynn Coggins
was received by me on *(date)* 03/02/2021 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Summons and complaint served via certified mail (7014 3490 0000 7920 4158, 7014 3490 0000 7920 4189, 7014 3490 0000 7920 4165, 7014 3490 0000 7920 4172, 7014 3490 0000 7920 4141) on 3/2/21.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/22/21

*Server's signature*

Benjamin M. Flowers, Ohio Solicitor General
*Printed name and title*

30 E. Broad St.
17th Floor
Columbus, OH 43215
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:21-cv-64

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Department of Commerce
was received by me on *(date)* 03/02/2021 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Summons and complaint served via certified mail (7014 3490 0000 7920 4141, 7014 3490 0000 7920 4189, 7014 3490 0000 7920 4165, 7014 3490 0000 7920 4172) on 3/2/21.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/22/21

*Server's signature*

Benjamin M. Flowers, Ohio Solicitor General
*Printed name and title*

30 E. Broad St.
17th Floor
Columbus, OH 43215
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:21-cv-64

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ron Jarmin
was received by me on *(date)* 03/02/2021 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Summons and complaint served via certified mail (7014 3490 0000 7920 4127, 7014 3490 0000 7920 4189, 7014 3490 0000 7920 4165, 7014 3490 0000 7920 4172, 7014 3490 0000 7920 4134) on 3/2/21.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/22/21

*Server's signature*

Benjamin M. Flowers, Ohio Solicitor General
*Printed name and title*

30 E. Broad St.
17th Floor
Columbus, OH 43215
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:21-cv-64

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Census Bureau
was received by me on *(date)* 03/02/2021 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Summons and complaint served via certified mail (7014 3490 0000 7920 4134, 7014 3490 0000 7920 4189, 7014 3490 0000 7920 4165, 7014 3490 0000 7920 4172) on 3/2/21.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/22/21

*Server's signature*

Benjamin M. Flowers, Ohio Solicitor General
*Printed name and title*

30 E. Broad St.
17th Floor
Columbus, OH 43215
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Attorney for the
Southern District of Ohio
U.S. Attorney's Office
303 Marconi Boulevard, Suite 200
Columbus, OH 43215

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  T.B 1518
☒ Agent
☐ Addressee

B. Received by (Printed Name): CV 19
C. Date of Delivery: 3-3-21

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

9590 9402 5742 0003 5207 43

2. Article Number (Transfer from service label)
7014 3490 0000 7920 4172

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil-Process Clerk
U.S. Attorney's Office
303 Marconi Boulevard, Suite 200
Columbus, OH 43215

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  T.B 1518
☒ Agent
☐ Addressee

B. Received by (Printed Name): CV 19
C. Date of Delivery: 3·3·21

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

9590 9402 5742 0003 5207 29

2. Article Number (Transfer from service label)
7014 3490 0000 7920 4165

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Monty Wilkinson
Acting Attorney General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MAR 08 2021

9590 9402 5742 0003 5207 36

2. Article Number (Transfer from service label)
7014 3490 0000 7920 4189

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

USPS TRACKING #

9590 9402 5742 0003 5207 43

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Ohio Attorney General
Solicitor General
30 E. Broad St., 17th Floor
Columbus, OH 43215

USPS TRACKING #

9590 9402 5742 0003 5207 29

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Ohio Attorney General
Solicitor General
30 E. Broad St., 17th Floor
Columbus, OH 43215

USPS TRACKING #

9590 9402 5742 0003 5207 36

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Ohio Attorney General
Solicitor General
30 E. Broad St., 17th Floor
Columbus, OH 43215