# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| STATE OF OHIO,<br>    *Plaintiff*,<br>v.<br>GINA RAIMONDO, in her official capacity as Secretary of Commerce; U.S. DEPARTMENT OF COMMERCE; RON S. JARMIN, in his official capacity as Acting Director of the U.S. Census Bureau; and U.S. CENSUS BUREAU,<br>    *Defendants*. | Case No. 3:21-cv-64<br><br>Hon. Thomas M. Rose<br>United States District Court Judge |

## PLAINTIFF STATE OF OHIO'S NOTICE OF APPEAL

Plaintiff State of Ohio in the above-captioned action hereby gives notice of its appeal to the United States Court of Appeals for the Sixth Circuit from the Entry and Order [Doc. 26] and Final Judgment [Doc. 27] entered by the Court on March 24, 2021.

This appeal is taken under 28 U.S.C. § 1291.

Respectfully submitted this 24th day of March, 2021.

DAVE YOST (0056290)
Ohio Attorney General

*/s/ Benjamin  M. Flowers*
BENJAMIN M. FLOWERS* (0095284)
Solicitor General
 *\*Trial Attorney*
MAY DAVIS (*pro hac vice*)
Deputy Solicitor General
BRIDGET C. COONTZ (0072919)
Section Chief, Constitutional Offices
JULIE M. PFEIFFER (0069762)
30 East Broad Street, 17th Floor
6l4-466-8980
614-466-5087; fax
benjamin.flowers@ohioattorneygeneral.gov

*Counsel for the State of Ohio*

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2021 a copy of the foregoing Notice of Appeal was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system.

*/s/ Benjamin M. Flowers*
BENJAMIN M. FLOWERS* (0095284)
Solicitor General
  **Trial Attorney*
