**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: May 19, 2021

Mr. Kyser Blakely
Ohio Attorney General's Office
Appeals Section
30 E. Broad Street
17th Floor
Columbus, OH 43215

Ms. Sylvia May Davis
Office of the Attorney General
of Ohio
615 W. Superior Avenue
11th Floor
Cleveland, OH 44113

Mr. Benjamin Michael Flowers
Office of the Attorney General
30 E. Broad Street
14th Floor
Columbus, OH 43215

Mr. Bradley Hinshelwood
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Jack Starcher
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Mark B. Stern
U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. David Meir Zionts
Covington & Burling
850 Tenth Street, N.W.
Washington, DC 20001

                  Re:  Case No. 21-3294, *OH v. Gina Raimondo, et al*
                        Originating Case No. : 3:21-cv-00064

Dear Counsel,

    The Court issued the enclosed Order today in this case.

                                                  Sincerely yours,

                                                  s/C. Anthony Milton
                                                  Case Manager
                                                  Direct Dial No. 513-564-7026

cc:  Mr. Richard W. Nagel

Enclosure

Case No. 21-3294

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

STATE OF OHIO

    Plaintiff - Appellant

v.

GINA RAIMONDO, in her official capacity as Secretary of Commerce; DEPARTMENT OF COMMERCE; RON S. JARMIN, Acting Director, U.S. Census Bureau; U.S. CENSUS BUREAU

    Defendants - Appellees

BEFORE:  DAUGHTREY, Circuit Judge;  MCKEAGUE, Circuit Judge;  THAPAR, Circuit Judge;

  Upon consideration of the appellant's motion for immediate issuance of the mandate,

  It is **ORDERED** that the motion be, and it hereby is, **GRANTED**.

                                **ENTERED BY ORDER OF THE COURT**
                                Deborah S. Hunt, Clerk

Issued: May 19, 2021