**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: May 19, 2021

Mr. Richard W. Nagel
Southern District of Ohio at Dayton
200 W. Second Street
Suite 712 Federal Building
Dayton, OH 45402-0000

    Re:  Case No. 21-3294, *OH v. Gina Raimondo, et al*
       Originating Case No. : 3:21-cv-00064

Dear Clerk,

 Enclosed is a copy of the mandate filed in this case.

               Sincerely yours,

               s/C. Anthony Milton
               Case Manager
               Direct Dial No. 513-564-7026

cc:  Mr. Kyser Blakely
   Ms. Sylvia May Davis
   Mr. Benjamin Michael Flowers
   Mr. Bradley Hinshelwood
   Mr. Jack Starcher
   Mr. Mark B. Stern
   Mr. David Meir Zionts

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 21-3294

_____

Filed: May 19, 2021

STATE OF OHIO

      Plaintiff - Appellant

v.

GINA RAIMONDO, in her official capacity as Secretary of Commerce; DEPARTMENT OF COMMERCE; RON S. JARMIN, Acting Director, U.S. Census Bureau; U.S. CENSUS BUREAU

      Defendants - Appellees

MANDATE

Pursuant to the court's disposition that was filed 05/18/2021 the mandate for this case hereby issues today.


COSTS: None