UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**States of Ohio,**

   *Plaintiffs,*

v.                Case No. 3:21-cv-064
                      Judge Thomas M. Rose

**Gina Raimondo, in her official capacity as Secretary of Commerce,[1] et al.,**

   *Defendants.*

---

### ENTRY AND ORDER CONCERNING SCHEDULING

---

On March 24, 2021, this Court dismissed the instant action, finding that Plaintiff wanted for standing and redressability. *Ohio v. Raimondo*, No. 3:21-CV-064, 2021 WL 1118049, at *8 (S.D. Ohio Mar. 24, 2021). On May 18, 2021, the United States Court of Appeals for the Sixth Circuit vacated that opinion, finding injury in fact and redressability. *Ohio v. Raimondo*, No. 21-3294, 2021 WL 1996452 (6th Cir. May 18, 2021). The panel instructed: "[t]he district court should …hold a hearing to determine what remedy (if any) is appropriate."

In the record established on appeal, the Census Bureau represented that it can deliver Ohio's data in a "legacy format" by August 16, 2021. 2021 WL 1996452, at *1. "Ohio agrees that an

---

[1] Gina Raimondo was recently confirmed as the Secretary of Commerce and has been substituted for Wynn Coggins, the former Acting Secretary of Commerce, under Federal Rule of Civil Procedure 25(d).

1

August 16 delivery would allow it to complete its redistricting process." 2021 WL 1996452, at *1.[2]

Recognizing that standing exists in situations where "monitoring by the district court could move the proceedings along and provide Ohio with some redress," 2021 WL 1996452, at *1 (cf. https://www.hsgac.senate.gov/issues/census, and 13 U.S.C. § 2), the Court seeks the Parties' positions concerning resolution of Plaintiff's complaint. The Parties are to submit a Rule 26(f) order, or a proposed consent decree, by June 11, 2021, assuming they are not in agreement that the Census Bureau's current estimate that it can provide data in a legacy format by August 16, 2021 has not mooted the matter. If the Parties cannot reach full agreement on a path forward, the Court will hold a hearing on Friday, July 2, 2021, at 9:30 a.m., in open Court to hear the Parties' positions regarding scheduling in this matter.

**DONE** and **ORDERED** in Dayton, Ohio, this Tuesday, May 25, 2021.

s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

---

[2] The Court adopts the factual record established on appeal.