# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

STATE OF OHIO,

                    Plaintiff,

      v.

GINA RAIMONDO, in her official capacity as Secretary of Commerce,* *et al.*,

              Defendants.

Case No. 3:21-cv-00064-TMR

District Judge Thomas M. Rose

## NOTICE

As of June 14, 2021, the Census Bureau anticipates providing Ohio with the redistricting data required by 13 U.S.C. §141(c), in a legacy format, no later than August 16, 2021, absent congressional action, orders from any court, or unforeseen processing issues that may prevent Defendants from providing such data by August 16, 2021. *See* ECF No. 37; Notation Order (May 25, 2021).

---

* Gina Raimondo was confirmed as the Secretary of Commerce and has been automatically substituted for Wynn Coggins, the former Acting Secretary of Commerce, under Federal Rule of Civil Procedure 25(d).

DATED: June 14, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRIAN D. NETTER
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

BRAD P. ROSENBERG
Assistant Director, Federal Programs Branch

/s/ Stephen Ehrlich
ZACHARY A. AVALLONE
ELLIOTT M. DAVIS
STEPHEN EHRLICH
JOHN ROBINSON
ALEXANDER V. SVERDLOV
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L St. NW
Washington, DC  20005
Phone:  (202) 305-9803
E-mail:  stephen.ehrlich@usdoj.gov


*Counsel for Defendants*