# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| STATE OF OHIO, <br>     *Plaintiff,* <br> v. <br> GINA RAIMONDO, in her official capacity as Secretary of Commerce, et al.,, <br><br>     *Defendants.* | Case No. 3:21-cv-64 |

## NOTICE OF VOLUNTARY DISMISSAL

The State of Ohio voluntary dismisses, without prejudice, this case.

        Respectfully submitted,

        DAVE YOST (0056290)
        Ohio Attorney General

        <u>/s/ Benjamin M. Flowers</u>
        BENJAMIN M. FLOWERS* (0095284)
        Solicitor General
         *Trial Attorney*
        MAY DAVIS (admitted PHV)
        Deputy Solicitor General
        BRIDGET C. COONTZ (0072919)
        Section Chief, Constitutional Offices
        JULIE M. PFEIFFER (0069762)
        30 East Broad Street, 17th Floor
        6l4-466-8980
        614-466-5087; fax
        benjamin.flowers@ohioattorneygeneral.gov

        *Counsel for the State of Ohio*

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2021 a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system.

>	*/s/ Benjamin M. Flowers*
>	BENJAMIN M. FLOWERS
>	Ohio Solicitor General